IN THE MATTER OF THE PETITION   \*   IN THE
FOR REINSTATEMENT OF   \*
JAMIE BLUM SEWARD TO   \*   COURT OF APPEALS
THE BAR OF MARYLAND   \*

  \*   OF MARYLAND

  \*

  \*   Misc. Docket AG

  \*

  \*   No. 24

  \*

  \*   September Term, 2014

## ORDER

The Court having considered the Verified Petition for Reinstatement of Jamie Blum Seward, the Supplement and the response filed thereto by the Attorney Grievance Commission in the above captioned case, it is this 18th day of September, 2014

ORDERED, by the Court of Appeals of Maryland, that the petition be, and it is hereby, GRANTED, and the petitioner Jamie Blum Seward is hereby, reinstated by this Court to the practice of law in Maryland, and it is further

ORDERED, that the Clerk of this Court shall replace the name of Jamie Blum Seward on the register of the attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund and to the Clerks of all judicial tribunals in this State.

/s/ Mary Ellen Barbera
Chief Judge

Judge McDonald did not participate in the consideration of this matter.